UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL PLAZA ASSOCIATES L.P., a New York Limited Partnership,<br>                    Plaintiff,<br><br>-against-<br><br>AMOREPACIFIC CORPORATION, a South Korean Corporation,<br>                    Defendant. | Case No. 20-cv-10265-RA-JLC<br><br>**NOTICE OF AMOREPACIFIC CORPORATION'S MOTION TO STAY THE PROCEEDINGS IN THIS ACTION** |

Defendant Amorepacific Corporation ("Defendant"), through its attorneys Arent Fox LLP, respectfully moves for an order staying the proceedings in this action until the parallel action in New York State Supreme Court, New York County, captioned *International Plaza Associates L.P. v. Amorepacific US, Inc.*, Index No. 155158/2020, has been finally adjudicated, and for other and further relief as the Court deems just and proper. In support, Defendant submits Defendant's Memorandum of Law in Support of Its Motion to Stay the Proceedings in This Action, dated February 18, 2021, and the supporting Declaration of Eric Roman, also dated February 18, 2021, both of which are being filed contemporaneously with this motion.

Dated: February 18, 2021

Respectfully submitted,

Arent Fox LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019-6040
Tel.  212.629.3900
Fax  212.484.3990

By: /s/ Eric Roman
    Eric Roman (ER-7928)
    *Counsel for Defendant*
    *Amorepacific Corporation*

No later than February 26, 2021, Plaintiff shall indicate whether or not it opposes this motion. If so, Plaintiff shall file an opposition memorandum by March 5, 2021.

SO ORDERED.

_[signature]_
Hon. Ronnie Abrams
02/25/2021