# HARWOOD REIFF LLC

370 Lexington Avenue, Suite 505
New York, New York 10017
(212) 661-0750 (office)
(646) 365-3332 (fax)
www.harwoodreiff.com

| | |
|---|---|
| Donald A. Harwood<br>Direct Phone: (646) 957-2455<br>dharwood@harwoodreiff.com | Simon W. Reiff<br>Direct Phone: (347) 674-9797<br>sreiff@harwoodreiff.com |

February 25, 2021

**VIA ELECTRONIC FILING**

Hon. Ronnie Abrams, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re: *International Plaza Associates, L.P. v. Amorepacific Corporation*

        Civil Docket No. 1:20-cv-10265-RA (S.D.N.Y.)

Dear Judge Abrams:

  I represent the Plaintiff, International Plaza Associates, L.P., in the above action against Defendant, Amorepacific Corp. I am pleased to advise that the parties have reached a settlement in terms and are finalizing settlement documents. I therefore write with the consent of my adversary to request that each of the deadlines set forth in Your Honor's Order, dated December 14, 2020, as well as the upcoming initial conference, currently scheduled for March 5, 2021, be adjourned by one (1) week to permit the parties to finalize their settlement. We also request that the deadline of March 5, 2021 to submit opposition to Defendant's stay motion, set by Your Honor's Order entered earlier today, likewise be extended by one (1) week for the same reason. Of course, we will promptly notify the Court as soon as a settlement has been finalized.

  We thank you in advance for your consideration of this request.

Application granted. The initial conference scheduled for March 5, 2021 is adjourned sine die. Plaintiff's deadline to respond to Defendant's stay motion is extended to March 12, 2021. The parties are directed to notify the Court upon the completion of the settlement agreement.

Very truly yours,

*/s/ Simon W. Reiff*
Simon W. Reiff

SO ORDERED.

_____
Hon. Ronnie Abrams
02/26/2021